**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01985-MEH

DENIS ROBERT ZAMORA,

      Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

      Defendant.

_____

**NOTICE OF SETTLEMENT**
_____

COME NOW the Plaintiff and the Defendant, by and through their respective undersigned counsel of record, and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice, with each party to pay his or its own attorneys' fees and costs, once the settlement documents have been executed by the parties and delivered to all parties and after Plaintiff receives the settlement funds. The parties expect this to happen by January 15, 2018.

Dated: November 22, 2017

| | |
|---|---|
| /s/ Sarah T. McEahern | /s/ Louis Leonard Galvis |
| Sarah T. McEahern, Esq. | Louis Leonard Galvis |
| HYDE & SWIGART | SESSIONS FISHMAN NATHAN & ISRAEL, LLC |
| 1525 Josephine St. | 645 Stonington Lane |
| Denver, CO 80206 | Fort Collins, CO 80525 |
| Telephone: (303) 731-5493 | Telephone: (970) 223-4420 |
| E-mail: sm@westcoastlitigation.com | E-mail: lgalvis@sessions.legal |
| Attorneys for the Plaintiff | Attorneys for the Defendant |