IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01985-MEH

DENIS ROBERT ZAMORA,

    Plaintiff,

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

## ORDER CLOSING CASE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is a Joint Stipulation of Dismissal, ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court finds the stipulation and terms of the dismissal proper. Thus, the individual claims are voluntarily **dismissed with prejudice**, with each party to bear his or its own fees and costs. The putative class claims are **dismissed without prejudice**, with each party to bear his, her, or its own fees and costs. The Clerk of the Court is directed to close this case. The Status Conference currently set for January 31, 2018 is **vacated**.

Dated and entered at Denver, Colorado this 30th day of January, 2018.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge